

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:         In re Aderonke Aderemi

Appellate case number:       01-22-00525-CV

Trial court case number:     1176890

Trial court:                 County Civil Court at Law No. 1 of Harris County

On July 15, 2022, relator, Aderonke Aderemi, filed an "Emergency Petition for a Writ of Mandamus on Trial Court's Issuance of Immediate Writ of Possession After [Relator] Posted a Supersedeas Cash Bond of $12,480.00 and Injunctive Relief on [Real Party in Interest, Massandra KV Vineyards Owner LLC, as Successor in Interest to PAC's] Constructive Eviction."  In his mandamus petition, relator requests that we issue a writ of mandamus directing the trial court to "vacate and stay [its] order to execute an immediate [w]rit of [p]ossession," and to allow relator's direct appeal of the Final Judgment entered in the underlying case to be considered by the Court.

On July 15, 2022, we issued an order staying enforcement of the trial court's July 15, 2022 order granting Massandra's "Motion to Issue Writ of Possession."  *See* TEX. R. APP. P. 24.1(f) ("Enforcement of judgment must be suspended if the judgment is superseded."), 52.10(b) (appellate court has authority "on its own initiative" to grant temporary relief pending consideration of mandamus petition).  On July 19, 2022, relator filed an "Expedited Emergency Motion" in this Court, stating that, despite our July 15, 2022 order, on July 19, 2022, a "24-Hour Notice to Vacate" was placed on relator's door by the Harris County Constable's Office at 10:12 a.m.  This conduct was expressly stayed pursuant to our July 15, 2022 order.

By this order, we restate our **stay of enforcement of the trial court's July 15, 2022 order** directing the Harris County Clerk's Office to issue a writ of possession in the underlying cause. Any efforts to execute on the trial court's July 15, 2022 order granting Massandra's "Motion to Issue Writ of Possession" are **stayed** pending resolution of relator's petition for writ of mandamus. This stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court.

It is so ORDERED.

Judge's signature: /s/ April Farris
                 X Acting individually     ☐ Acting for the Court

Date: July 20, 2022